# IN THE UNITED STATES DISTRICT COURT
# FOR THE CONNECTICUT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA ISSUED TO DIGITAL OCEAN, INC. | Case No. 3:18MJ1543 (RMS) <br><br> **Filed Under Seal** |

## RENEWED NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue a Renewed Order commanding DIGITAL OCEAN, INC. (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena ▮▮▮▮ (hereinafter "the Subpoena"), until and through April 2, 2020, or until further order of the Court, whichever is earlier.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until and through April 2, 2020, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Renewed Order are sealed until April 2, 2020, or until otherwise ordered by the Court, whichever is earlier.


September 24, 2019                                                    /s/ *Robert M. Spector*
Date                                                                          HONORABLE ROBERT M. SPECTOR
                                                                                  United States Magistrate Judge

2